IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROIE L. ROY                                                                                                         PLAINTIFF

VERSUS                                                                     CIVIL ACTION NO. 1:03cv692WJG-JMR

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY                                                       DEFENDANT

O R D E R

This matter comes before the Court on the Report and Recommendation [16-1] of Chief United States Magistrate Judge John M. Roper entered on or about September 6, 2007. After a thorough review of the record in this action, this Court finds that the magistrate judge's Report and Recommendation should be adopted as the finding of this Court. It is, therefore,

ORDERED AND ADJUDGED that the Report and Recommendation of Chief United States Magistrate Judge John M. Roper be, and is hereby, adopted as the finding of this Court. It is further,

ORDERED AND ADJUDGED that the decision of the commissioner be, and is hereby, affirmed. It is further,

ORDERED AND ADJUDGED that Plaintiff's motion [12] for reversal, or in the alternative, for remand be, and is hereby, denied.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 25th day of September, 2007.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE